JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANT PFIZER INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC, a/s/o BRENDA GADDIS; IN-BALANCE HEALTH, LLC, a/s/o BRENDA GADDIS; and TAFFURI CHIROPRACTIC a/s/o BRENDA GADDIS, <br><br> Plaintiffs, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC.; WYETH PHARMACEUTICALS; ABC CORP. (1-10)(said names being fictitious and unknown entities), <br><br> Defendants. | : <br> : Civil Action No. 2:12-cv-03775(SDW)(MCA) <br> : <br> : **NOTICE OF APPEARANCE** |

     Please notice my appearance on behalf of Defendant Pfizer Inc., as successor-in-interest to Wyeth, Inc., sued herein as Wyeth Pharmaceuticals., in the above-captioned matter.

                            Respectfully submitted,

                            JACKSON LEWIS LLP
                            220 Headquarters Plaza
                            East Tower, 7th Floor
                            Morristown, New Jersey 07960
                            (973) 538-6890

           By:   */s/ Janet O. Lee*
                            Janet O. Lee, Esq.
                            ATTORNEYS FOR DEFENDANT
                            PFIZER INC.

Dated: January 2, 2013