UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
MONTVALE SURGICAL CENTER,         :
LLC, et al.                       :    Civ. No. 12-3775
                                  :
      Plaintiff(s),               :    HON. SUSAN D. WIGENTON
                                  :
         v.                       :
                                  :
HORIZON BLUE CROSS BLUE SHIELD OF :
NEW JERSEY, INC., et al.          :
                                  :
      Defendant(s).               :
_____ :
```

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO LOCAL RULE 41.1(a)

PLEASE TAKE NOTICE that the complaint in the above-captioned matter, having been pending for more than 120 days without any proceeding having been taken therein, will be dismissed on **December 6, 2013**, unless good cause is shown with the filing of an affidavit before the return date.

```
                    WILLIAM T. WALSH,  CLERK

                    By
                    Carmen D. Soto
                    Carmen D. Soto, Deputy Clerk
```

November 22, 2013